

1  David Dadon
   16530 Gilmore Street
2  Van Nuys, CA 91406
   (310)359-5547
3  Plaintiff pro se

FILED

2022 FEB 18  PM 1:57

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

4

5

6              UNITED STATES DISTRICT COURT

7          CENTRAL DISTRICT OF CALIFORNIA – Los Angeles

8
   CAMRAN SHAFIGHI                    LACV-22-1133-PA-JEMx
9                                     Case No.:
            Plaintiff,
10                                    Los Angeles County
                                      Superior Court Case No.: 20VEUD00746
11     vs.

12  DAVID DADON; and                  NOTICE OF REMOVAL OF STATE
    DOES 1 to 10, inclusive           COURT ACTION TO UNITED STATES
13                                     DISTRICT COURT
            Defendants.
14

15

16

17

18

19

20

21

22  TO: THE HONORABLE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
23  CENTRAL DISTRICT OF CALIFORNIA

24  PLEASE TAKE NOTICE that defendant David Dadon has removed to the United States District

25  Court for the Central District of California all claims and

26  causes of action in the civil action "Camran Shafighi v. David Dadon, et. al.",

27
28  Los Angeles County Superior Court Case No.: 20VEUD00746

                        1
                NOTICE OF REMOVAL

1  (the "State Court Action") now pending in the Superior Court of California

2  for the County of Los Angeles, Van Nuys Courthouse

3  to 28 U.S.C. § 1446.

4
5  A copy of all Case process, pleadings and orders served upon defendants to date in the State

6  Court Action are attached as Exhibit A.

7  Defendant's grounds for removal are as follows: ·

8  1.  This Civil Action is Founded on a Claim or Right Arising under the Laws of the United

9       States.   42 U.S.C. § 1981.

10
11  The State Court Action is removable to this Court pursuant to 28 U.S.C. § 1441(a) as plaintiff's

12  cause of action is a federal question arising under the laws of the

13  United States, specifically, the **Civil Rights Act** of 1866, 42 U.S.C. § 1981, as amended.

14  The party's claim alleges that during that his relationship violated § 1981 by subjecting him to

15  disparate treatment and retaliation based on race.

16
17  Plaintiff does not allege any other federal or state law claims.

18  Accordingly, this matter presents a federal question and removal is appropriate

19  under 28 U.S.C. § 1441(a). B.  28 U.S.C. § 5321(d).

20  As such, the State Court Action is removable to this Court pursuant to 28 U.S.C. § 1441(a).

21  The primary causes of action are ***Conspiracy against Rights and Fraud.***

22  1.  The damages exceed $75, 000. Therefore, United States District Court is the proper venue.

23
24  2.  The party knowingly and willfully conspired, "acted in concert" and

25       agreed among themselves to damage the plaintiff be depriving him of the privileges and

26       ////

27       //////////

28

1  rights within the Constitution of the United States of America because plaintiffs are of

2  **Jewish** ethnicity/Religion **and Disabled** who **belongs to a protected class.**

3  This Notice is therefore timely filed pursuant to 28 U.S.C. § 1446(b). b. This Court has personal

4  jurisdiction over the parties. c. Defendant is the only named defendant in the Complaint.  All

5  requirements for removal are met.  See Emrich v. Touche Ross & Co., 846 F.2d 1190,

6

7  1193 n.1 (9th Cir. 1988).

8  Defendant has provided written notice of this Notice to counsel or record for plaintiff.

9  *A true and complete copy of this Notice will be filed in the State Court Action.*

10

11

12  DATED: 2/18/22

13  Respectfully submitted,

14  By

15  ~~**David Dadon**~~, Defendant

16

17

18

19

20

21

22

23

24

25

26

27

28

Electronically Received 02/10/2022 11:29 AM

Electronically Received 02/10/2022 11:29 AM

1  Daniel Choi, SBN 337938
2  Neighborhood Legal Services of LA County
   13327 Van Nuys Blvd.
3  Pacoima, CA 91331
   Tel: (818) 492-5218
4  DanielChoi@nlsla.org
   *Attorney for Defendant David Dadon*
5

6

7

**FILED**
Superior Court of California
County of Los Angeles

**02/14/2022**

Sherri R. Carter, Executive Officer / Clerk of Court

By: _____ K. Tobey _____ Deputy

8                    SUPERIOR COURT OF CALIFORNIA

9                       COUNTY OF LOS ANGELES

10

11  CAMRAN SHAFIGHI,                    Case No. 20VEUD00746

12            Plaintiff,                STIPULATION TO VACATE JUDGMENT
                                        AND [PROPOSED] ORDER
13       v.

14  DAVID DADON, DOES 1 TO 10
15  INCLUSIVE,

16            Defendants.

17

18       Plaintiff and Defendant hereby agree to vacate the judgment entered in this case on

19  November 10, 2021, intending to immediately execute an Unlawful Detainer Stipulation and

20  Judgment.

21

22

23  Date:   February 09, 2022        *Louis V. Kosnett*

24                                   LOUIS V. KOSNETT
                                     *Attorney for Plaintiff*
25

26

27  Date:   February 08, 2022

28                                   DANIEL CHOI
                                     *Attorney for Defendant*

                                    1

1 | Daniel Choi, SBN 337938
2 | Neighborhood Legal Services of LA County
  | 13327 Van Nuys Blvd.
3 | Pacoima, CA 91331
  | Tel: (818) 492-5218
4 | DanielChoi@nlsla.org
  | *Attorney for Defendant David Dadon*
5 |
6 |
7 |
8 | SUPERIOR COURT OF CALIFORNIA
9 | COUNTY OF LOS ANGELES
10 |
11 | CAMRAN SHAFIGHI,                     Case No. 20VEUD00746
12 |         Plaintiff,                   [PROPOSED] ORDER
13 |
14 |     v.
15 | DAVID DADON, DOES 1 TO 10
   | INCLUSIVE,
16 |
17 |         Defendants.
18 |
19 |     It is hereby ordered that the judgment entered in this case on November 10, 2021, be
20 | vacated.
21 |
22 |
23 |
24 | Date:    02/14/2022                  **Jessica A. Uzcategui**
25 |                                      Judge Jessica A. Uzcategui
26 |                                      Jessica A. Uzcategui / Judge
27 |
28 |

2

1

2                                    **CERTIFICATE OF SERVICE**

3       STATE OF CALIFORNIA                    )

4                                              ) ss.
        COUNTY OF LOS ANGELES                  )
5

6         I am over the age of 18 years and not a party to the within entitled action.

7       My business or Mailing address is [Address of Person Mailing Documents]:

8       **My address is:** 16530 Gilmore Street, Van Nuys CA 91406

9

10        •  On  2/18/22        , **I served** the document attached hereto or provided herewith, **namely:**

11      NOTICE OF REMOVAL

12        x   **(by Mail)** By placing a true copy thereof enclosed in a sealed envelope, with postage
        thereon fully prepaid to be placed in the U.S. Mail, addressed as set forth below. I am readily
13      familiar with the attorney for the party serving this document's practice for collection and
        processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same
14      day as the day of collection in the ordinary course of business. I am aware that on motion of party
        served, service is presumed invalid if postal cancellation date or postage meter date is more than 1
15      day after date of deposit for mailing in affidavit.

16

17      **ADDRESSES:**
        KOSNETT LAW FIRM
18      LOUIS V. KOSNETT SBN 299421
        11601 Wilshire Blvd, Suite 500
19      Los Aneles, CA 90025

20      CAMRAN SHAFIGHI
        2515 Lincoln Blvd
21      Santa Monica, CA 90405

22      I certify or declare, under penalty of perjury under the laws of California
23      and the United States of America that the foregoing is
        true and correct.
24
        Executed on  2/18/22
25

26      By

27                  Server:  Melissa Hope Brown

28

                                              4
                                    NOTICE OF REMOVAL